CAROL LAROSA ET AL. *v.* JOHN LUPOLI

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 225 (AC 15829), is denied.

*Todd R. Bainer*, in support of the petition.

Decided March 27, 1997

STATE OF CONNECTICUT *v.* GREGORY WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 231 (AC 12769), is denied.

*Deborah DelPrete Sullivan*, assistant public defender, in support of the petition.

*Susann E. Gill*, assistant state's attorney, in opposition.